UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80225-MIDDLEBROOKS

MICHAEL J. LEVAS,

    Plaintiff,

v.

HERC RENTALS, INC.,
a foreign profit corporation,

    Defendant.
_____/

## CORRECTED ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on June 17, 2020. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) This case is **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

3) Each party shall bear its own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 22nd day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE